UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IOU CENTRAL, INC.,
                 Plaintiff,

-v-

MOHAMMAD A. MAHMUD, *et al.*,
                 Defendants.

21-CV-3400 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    This case was transferred from the Northern District of Georgia on April 19, 2021.

Counsel for all parties are directed to file an appearance on the docket no later than May 4, 2021.

    Counsel for the plaintiff shall serve a copy of this order on defendants or their counsel by April 27, 2021.

    SO ORDERED.

Dated: April 20, 2021
       New York, New York

                                              _____
                                                  J. PAUL OETKEN
                                                  United States District Judge