UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IOU CENTRAL, INC.,

                Plaintiff,

         -v-

MOHAMMAD A. MAHMUD, *et al.*,

                Defendants.

21-CV-3400 (JPO)

ORDER

---

J. Paul Oetken, United States District Judge:

    Plaintiff IOU Central, Inc. commenced this action on November 21, 2019 in the United States District Court for the Northern District of Georgia. (Dkt. No. 1). The case was transferred to the United States District Court for the Southern District of New York on April 19, 2021. (Dkt. No. 25). Plaintiff requested extensions of time to file an amended complaint on July 15, 2021 (Dkt. No. 33), July 26, 2021 (Dkt. No. 36), August 16, 2021 (Dkt. No. 37), and August 20, 2021 (Dkt. No. 39), all of which were granted. The final motion sought an extension of time to file an amended complaint until August 24, 2021. Dkt. No. 39 at 2. Plaintiff stated that this was its final extension request and if it had not filed an amended complaint by August 24, 2021, it would dismiss the suit. *See id.* To date, Plaintiff has not filed an amended complaint.

    Because Plaintiff has not filed an amended complaint, and in light of its representation that it would not seek any additional extensions, this case is dismissed without prejudice.

    The Clerk is directed to terminate the case.

    SO ORDERED.

Dated: August 27, 2021
           New York, New York

                                                          J. PAUL OETKEN
                                                    United States District Judge